UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

William M. Pollack

                                     Plaintiff,

v.                                             Case No.: 1:13–cv–07483
                                                      Honorable James F. Holderman

End Zone Athletics, Inc., et al.

                                     Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, July 21, 2014:

      MINUTE entry before the Honorable James F. Holderman: A stipulation of dismissal has been filed. Status hearing previously set for 7/22/14 is stricken. Plaintiff's motion to certify class [4] is terminated. Plaintiff Dr. William M. Pollack39;s individual claims against defendant End ZoneAthletics, Inc. are dismissed with prejudice and without costs. Plaintiff Dr. William M. Pollack's class claims against defendant End Zone Athletics, Inc. are dismissed without prejudice and without costs. Plaintiff Dr. William M. Pollack's claims against defendants John Does 1–10 are dismissed without prejudice and without costs. Civil case terminated. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.